NO. 07-11-00050-CR

 

IN THE COURT OF APPEALS

 

FOR THE
SEVENTH DISTRICT OF TEXAS

 

AT
AMARILLO

 

PANEL A

 



MAY
20, 2011

 



 

MICHAEL GARCIA, APPELLANT

 

v.

 

THE STATE OF TEXAS, APPELLEE 



 



 

 FROM THE 287TH DISTRICT COURT OF BAILEY
COUNTY;

 

NO. 2637A; HONORABLE GORDON HOUSTON GREEN, JUDGE



 



 

Before CAMPBELL
and HANCOCK and PIRTLE, JJ.

 

 

 

ON MOTION TO
DISMISS

Appellant,
Michael Garcia, filed Notice of Appeal to appeal a judgment of conviction
entered against him in cause number 2637A in the 287th District
Court of Bailey County, Texas.  However,
appellant has now filed a motion to dismiss his appeal.

Because
the motion meets the requirements of Texas Rule of Appellate Procedure 42.2(a)
and this Court has not delivered its decision prior to receiving it, the motion
is hereby granted and the appeal is dismissed. 
Having dismissed the appeal at appellant=s request, no motion for rehearing will be entertained and
our mandate will issue.

 

                                                                                                Mackey
K. Hancock

                                                                                                            Justice








 

Do
not publish.